684 S.E.2d 756

**Ann THOMPSON, Claimant, for John Michael HARVEY, deceased employee, Petitioner,**

**v.**

**CISSON CONSTRUCTION COMPANY, Employer, and Ohio Casualty Co., Carrier, Respondents.**

Supreme Court of South Carolina.

Oct. 8, 2009.

## ORDER

This Court granted petitioner's request for a writ of certiorari to review the Court of Appeals' decision in *Thompson ex*

*rel. Harvey v. Cisson Const. Co.,* 377 S.C. 137, 659 S.E.2d 171 (Ct.App.2008). Respondents have filed a request to withdraw the appeal based on a settlement agreement that renders the matter moot. We grant the motion.

Finally, we vacate the Court of Appeals opinion in *Thompson ex rel. Harvey v. Cisson Const. Co.,* 377 S.C. 137, 659 S.E.2d 171 (Ct.App.2008).

/s/Jean H. Toal, C.J.

/s/John H. Waller, Jr., J.

/s/Costa M. Pleicones, J.

/s/Donald W. Beatty, J.

/s/John W. Kittredge, J.